UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Indriany S.M.C., <br><br> Petitioner, <br><br> v. <br><br> David Easterwood, *in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Joel D. Garcia, *in his official capacity as Field Office Director, El Paso Field Office, U.S. Immigration and Customs Enforcement*; Todd M. Lyons, *in his official capacity as Director of U.S. Immigration and Customs Enforcement*; Kristi Noem, *in her official capacity as Secretary of Homeland Security*; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; and Pamela Bondi, *in her official capacity as Attorney General of the United States*, <br><br> Respondents. | Civ. No. 26-539 (JWB/JFD) <br><br><br> **ORDER <br> FOR RESPONSE** |

---

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Indriany S.M.C. on or before **January 26, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness

and correct duration of Petitioner's detention in light of the issues raised in the habeas petition, including jurisdiction;

  b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

  c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

  d. Respondents' answer shall address whether the legal issues presented in this case—regarding the source of detention authority and the lawfulness of continued custody—are materially different from those addressed in *Eliseo A.A. v. Olson*, No. 25-CV-3381 (JWB/DJF), 2025 WL 2886729 (D. Minn. Oct. 8, 2025), or *Mayamu K. v. Bondi*, No. 25-3035 (JWB/LIB), 2025 WL 3641819 (D. Minn. Oct. 20, 2025), and if so, explain how.

  e. Failure to substantively comply with this Order may result in a finding that Respondents have waived their Answer.

3. If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so on or before **January 28, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Date: January 22, 2026         *s/ Jerry W. Blackwell*
                  JERRY W. BLACKWELL
                  United States District Judge